IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00574-BNB

JULIO WAYNE TRUJILLO,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS,
DR. CARY SHAMES, and
DR. AASEN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 4 2007

GREGORY C. LANGHAM
             CLERK

---

ORDER VACATING THE COURT'S MAY 10, 2007, ORDER AND DIRECTING
PLAINTIFF TO FILE AN AMENDED 28 U.S.C. § 1915 MOTION

---

On May 23, 2007, Plaintiff Julio Wayne Trujillo filed a Notice of Change of Address with the Court. It appears that Plaintiff has been released from custody. Mr. Trujillo, therefore, will be directed to file an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Since Plaintiff has been released from custody, his continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Alternatively, Mr. Trujillo may elect to pay the $350.00 filing fee in order to pursue his claims in this action. Accordingly, it is

ORDERED that the Court's Order entered on May 10, 2007, is vacated. It is

FURTHER ORDERED that Mr. Trujillo submit **within thirty days from the date of this Order** an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Trujillo may elect to pay the $350.00 filing fee in order to pursue his claims in this action. It is

FURTHER ORDERED that the Amended Motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court revise the Docket to include Mr. Trujillo's new address as noted in the Notice of Change of Address filed on May 23, 2007, and that the Clerk of the Court send to Plaintiff, **at the new address**, a copy of this Order and two copies of a **nonprisoner's** Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, for use in submitting the Amended Motion and Affidavit. It is

FURTHER ORDERED that if Plaintiff fails to file the Amended Motion and Affidavit within thirty days of the date of the instant Order the Complaint and action will be dismissed without further notice. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed March 14, 2007, is denied as moot.

DATED May 24, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00574-BNB

Julio Wayne Trujillo
2402 Tucci Lane
Pueblo, CO 81004

I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 5/24/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk