IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00574-MSK-BNB

JULIO WAYNE TRUJILLO,

      Plaintiff,

v.

ARISTEDES W. ZAVARAS,
DR. CARY SHAMES, and
DR. ASSEN,

      Defendants.
_____

**ORDER**
_____

      This matter arises in connection with my **Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause** [Doc. # 23, filed 10/9/2007] (the "Order to Show Cause"). I am informed that the plaintiff no longer is in custody. Consequently, good cause having been shown:

      IT IS ORDERED that the Order to Show Cause is discharged.

      Dated November 1, 2007.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge